UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 24-10474 JGB (SPx)** | Date | July 24, 2026 |
| Title | ***Lauren Marlo Smith v. California Convalescent Hospital of Pasadena Inc. et al*** | | |

Present: The Honorable JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| MAYNOR GALVEZ | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: Order to Show Cause re Dismissal for Failure to Prosecute (IN CHAMBERS)**

On December 23, 2024, plaintiff Lauren Marlo Smith ("Plaintiff") filed a complaint against defendants California Convalescent Hospital of Pasadena, Inc. ("CCHP"), and Bellefontaine Health Center LLC. ("Complaint," Dkt. No. 1.) On March 14, 2026, Plaintiff served defendant California Convalescent Hospital of Pasadena, Inc. ("Proof of Service," Dkt. No. 23.) On April 20, 2026, the Court dismissed defendant Bellefontaine Health Center LLC for failure to prosecute. (Dkt. No. 25.) CCHP's answer was due no later than April 4, 2026. (See Proof of Service.) To date, Defendant has not answered the Complaint. Plaintiff has also not filed a request for entry of default.

Federal Rule of Civil Procedure 41(b) grants the Court authority to *sua sponte* dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute their case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, it appears that Plaintiff has failed to prosecute the case with reasonable diligence because she has failed to request an entry of default as to Defendant for nearly three months.

Accordingly, the Court **ORDERS** Plaintiff, **on or before July 31, 2026**, to request an entry of default as to Defendant CCHP or to show cause in writing as to why she has not requested an entry of default. Failure to comply with this order may result in dismissal of the

action. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.

**IT IS SO ORDERED.**